**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 97-6688**

————————

KARIM ABDUL AKBAR,

Plaintiff - Appellant,

versus

SERGEANT MORRIS; OFFICER PRICE,

Defendants - Appellees,

and

SERGEANT DREW; LIEUTENANT SUESS; GENE BARBER;
C. B. COOKE; DARLENE WHITE; MRS. THOMPSON;
MRS. DIXON, Nurse; CHARLES HILL; OFFICER
TAYLOR; J. C. PINION; MS. BROWN; TALMADGE
BARNETT; HAZEL KEITH; LYNN C. PHILLIPS; GARY
T. DIXON; LARRY DAVIS; LIEUTENANT GRIMES;
SERGEANT VANCE; SERGEANT BEALE, Correctional
Officer; MS. MILBURNE; OFFICER GREENE; OFFICER
KING; LIEUTENANT WATSON, Correctional Officer;
OFFICER PLYBON; OFFICER REMBRANT; SERGEANT
MONROE; SERGEANT JACKSON; SUPERINTENDENT
FRENCH; LIEUTENANT MOORE; LIEUTENANT ASKEW,

Defendants.

————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-95-628-5-H)

————————

Submitted:  September 9, 1997      Decided:  September 24, 1997

Before ERVIN, HAMILTON, and WILLIAMS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Karim Abdul Akbar, Appellant Pro Se. William Dennis Worley, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Akbar v. Morris, No. CA-95-628-5-H (E.D.N.C. Apr. 22, 1997). We deny Appellant's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED